No. 354. KELLEY, ANCILLARY ADMINISTRATOR, *v.* BRIGHT, EXECUTOR. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. William Cattron Rigby* and *Noah A. Stancliffe* for petitioner. No appearance for respondent.

No. 355. E. GRIFFITHS HUGHES, INC., *v.* FEDERAL TRADE COMMISSION. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert Edward Maves* for petitioner. *Solicitor General Reed, Assistant Attorney General Dickinson,* and *Messrs. Charles H. Weston, Carl McFarland,* and *W. T. Kelley* for respondent.

No. 358. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST Co. *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William Beye, Harry I. Allen,* and *Leonard F. Martin* for petitioner. *Messrs. Wm. P. Sidley* and *Frederick H. Nash* for respondent.

No. 359. CHICAGO GRAVEL Co. *v.* COLUMBIAN NATIONAL LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William Beye, Harry I. Allen,* and *Leonard F. Martin* for petitioner. *Messrs. Wm. P. Sidley* and *Frederick H. Nash* for respondent.